UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
R.A. and B.A., *individually and on behalf of* :
A.A. :
: 
: 
Plaintiff, : 20-cv-4275 (VSB)
:
-against- : **ORDER**
:
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
:
Defendant. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 23, 2020, I ordered the parties to submit a joint letter, not to exceed three (3) pages, on or before December 10, 2020, in lieu of an initial pretrial conference. (Doc. 15.) I have not received such a letter. Accordingly, it is hereby:

ORDERED that the parties shall file a joint letter, the substance and content of which is described at Doc. 15, on or before December 18, 2020.

SO ORDERED.

Dated: December 14, 2020
       New York, New York

Vernon S. Broderick
United States District Judge